Margaret Miller, appellee, v. Thomas D. Spencer, appellant. **Gen. No. 26,362.**

Suit, preceded by levy of a distress warrant, to recover rent for farm premises. Claim of set-off by defendant. Verdict for plaintiff on claim and for defendant for set-off. Judgment for plaintiff for difference. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

George A. Brinkman, for appellant; Elmer H. Heitmann, of counsel. Robert J. Slater, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Edward LeBas, trading as Edward LeBas & Company, appellee, v. Sandoval Zinc Company, appellant. **Gen. No. 26,406.**

Action on contract for purchase of spelter. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 27, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Andalman & Cohen, for appellant; Frank H. Culner, of counsel. Ashcraft & Ashcraft, for appellee; Carroll J. Lord, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Cornelia De Zee, appellee, v. Banjamin B. Burrows, appellant. **Gen. No. 26,460.**

Action for delivery by defendant of a fur coat of inferior quality to the one purchased by plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

M. M. Jacobs, for appellant. Mix & Bruckner, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

A. F. Wanner, appellee, v. G. Bertelli, appellant. **Gen. No. 26,555.**

Action for services in the sale of a printing press. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 27, 1922.

Alberto N. Gualano, for appellant. Albert H. Meads and Victor B. Scott, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Chicago Mutual Casualty Company, appellant, v. Melbourne Morrison, appellee. **Gen. No. 26,602.**

Replevin for possession of office furniture. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Vandorf Gray and John J. Risdon, for appellant; John J. Risdon, of counsel. William B. Denmark, for appellee; George H. Sugrue, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.